**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| CLEVELAND CHRISTOPHER BYNUM,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | NO. 3:05-CV-374 PS |
| ) | |
| ED BUSS,  ) | |
| ) | |
| Respondent.  ) | |

**OPINION AND ORDER**

Cleveland Christopher Bynum, the petitioner in this habeas corpus proceeding, filed a

notice of appeal along with a motion seeking a certificate of appealability and a petition to

proceed *in forma pauperis* on appeal.  Bynum raised two claims in this Court but only seeks to

proceed with one on appeal.  The claim, "his trial counsel was ineffective in failing to adequately

seek to suppress Bynum's two statements to the police," has "substantial merit." (6/14/07 Ord. at

5 [DE 28].)

> Consistent with our prior precedent and the text of the habeas corpus statute, we
> reiterate that a prisoner seeking a COA need only demonstrate "a substantial
> showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A
> petitioner satisfies this standard by demonstrating that jurists of reason could
> disagree with the district court's resolution of his constitutional claims or that
> jurists could conclude the issues presented are adequate to deserve encouragement
> to proceed further.

*Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).  Based on this Court's prior finding that this

claim has substantial merit, Bynum will be granted a certificate of appealability on this one

question.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it

is not taken in good faith."  28 U.S.C. § 1915(a)(3).  As previously explained, an appeal of this

1

claim is taken in good faith.  A review of Bynum's *in forma pauperis* petition demonstrates that he is unable to afford the $455.00 appellate filing fee.  Therefore, the *in forma pauperis* petition will be granted and the fee waived.

For the foregoing reasons, the Court:

(1) **GRANTS** Cleveland Christopher Bynum a certificate of appealability [DE 32] only as to the question of whether his trial counsel was ineffective in failing to adequately seek to suppress Bynum's two statements to the police;

(2) **GRANTS** Cleveland Christopher Bynum leave to proceed *in forma pauperis* on appeal [DE 33]; and

(3) **WAIVES** the appellate filing fee.

**SO ORDERED**.

ENTERED: July 11, 2007

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT